**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**JIMMY JORDAN,**  **PETITIONER**
Reg #32536-044

V.   2:09-cv-00162-BSM-JJV

**T. C. OUTLAW,**  **RESPONDENT**
Warden, FCI - Forrest City

**ORDER**

The court has received the recommended disposition from Magistrate Judge Joe J. Volpe. The parties did not file any objections. After carefully reviewing the recommended disposition and reviewing the record *de novo,* it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Petitioner Jimmy Jordan's petition (Doc. No. 1) is DISMISSED with prejudice. The requested relief is denied and any pending motions are denied as moot.

IT IS SO ORDERED this 10th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE