**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**JIMMY JORDAN,**                                                                                           **PETITIONER**
**Reg #32536-044**

**V.**                                           **2:09-cv-00162-BSM-JJV**

**T. C. OUTLAW,**                                                                                            **RESPONDENT**
**Warden, FCI - Forrest City**

## JUDGMENT

Consistent with the order entered today this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 10th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE